**LIZA LAURENSIA LIE; Benny Suyanto Supit, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–70303.**

United States Court of Appeals, Ninth Circuit.

*cation and is not precedent except as provid-*

Submitted Aug. 20, 2009.*

Filed Sept. 3, 2009.

Gihan L. Thomas, Law Offices of Gihan L. Thomas, Los Angeles, CA, for Petitioners.

Jennifer Keeney, Michelle Gorden Latour, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, CAC–District Counsel, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Liza Laurensia Lie, and her husband, both natives and citizens of Indonesia, petition for review of the Board of Immigration Appeals' ("BIA") order dismissing their appeal from an immigration judge's decision denying their application for withholding of removal and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evi-

ed by 9th Cir. R. 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

426

dence, *Nagoulko v. INS*, 333 F.3d 1012, 1015 (9th Cir.2003), and we grant in part and deny in part the petition for review.

The agency denied Lie's asylum application as time-barred. Lie does not challenge this finding.

 Substantial evidence supports the BIA's conclusion that Lie failed to establish that she suffered past persecution in Indonesia. *See Wakkary v. Holder*, 558 F.3d 1049, 1059–60 (9th Cir.2009). However, the BIA erred in holding that the disfavored group analysis was inapplicable to Lie's withholding of removal claim, so we remand to the BIA for reconsideration of this claim. *See id.* at 1067; *INS v. Ventura*, 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

 Substantial evidence supports the agency's denial of CAT relief because Lie failed to establish a likelihood of torture in Indonesia. *See Wakkary*, 558 F.3d at 1068.

Each party shall bear its own costs for this petition for review.

**PETITION FOR REVIEW GRANTED in part; DENIED in part; REMANDED.**